UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

United States of America

    -against-

Jermaine Stroman,
        defendant

----------------------------------------------------X

EX PARTE ORDER

03 Cr.795 (DGT)

TRAGER, United States District Judge.

    Application having been made by Russell T. Neufeld, Esq., assigned counsel for defendant Jermaine Stroman in the above captioned matter, for the appointment of Jennifer Katz, L.C.S.W.,. as mitigation specialist;

    **IT IS HEREBY ORDERED**, that Jennifer Katz, L.C.S.W., is assigned to act as mitigation specialist to assist in the representation of Jermaine Stroman in the above captioned case; and

    **IT IS FURTHER ORDERED**, that upon supporting time and expense records, professional services rendered will be paid and reasonable expenses reimbursed ~~and interim vouchers submitted~~ pursuant to the Criminal Justice Act for the work performed by Ms. Katz.. By this order pre-approval is granted for up to 100 hours of service.

**SO ORDERED**

                s/David G. Trager
                /**HON. DAVID G. TRAGER**
                **UNITED STATES DISTRICT JUDGE**

Dated: Brooklyn, New York
       August 19, 2005